6-8-2025

TO: District Court Clerk

I am requesting that the court issue a preliminary injunction, pertaining to my current placement in administrative segregation/detention.

I am challenging the constitutionality of the official actions (of this institution) within the expected conditions of confinement. I am asserting that my constitutional right to due process (according to B.O.P program statements, etc.) are being violated at this juncture. According to program statement 541.25, "The specific reason for placement in Special Housing Unit (S.H.U) must be supported by objective evidence and clearly articulated in the narrative section of the A.D.O/administrative detention order". I should have been provided a A.D.O within 24 hours of placement in the S.H.U per 541.25. 83 days later, I have yet to recieve a A.D.O, nor have I been provided a explaination, reason or justification for my placement up to this point. I am also confident that there is know "objective evidence" available to justify my administrative detention status. 541.25 also states that "inmates will remain in S.H.U for no longer than ~~necessary~~ necessary to address the specific reason for placement". Again, I have not been provided a reason at all for placement.

For the record, I have challenged my A/D status via. A.R.P 28 C.F.R part 542 subpart B, to no avail. I filed a BP-8, BP-9, in which none of those were responded to formally. I have wrote S.I.S investigators, the Warden, Regional etc... I recently filed a BP-10 to Regional. No one has

responded to date. Also my constitutional rights under the 1st amendment, 8th amendment are being violated as a result of the Due Process issue/Administrative Segregation placement I am under. See Allah v. Seiverling 229 F.3d 220 (3rd. Cir. 2000). The court in Allah determined that a constitutional violation can be validated where Administrative detention reduces/denies access to rehabilitative programs, significantly/leads to inadequate access to legal research material and assistance, reduced access to phone calls, commissary, recreation etc... I do have a constitutional right to access to the courts, which requires access to adequate law library, adequate assisstane from persons trained in the law (my attorney etc.) for filling challenges to a criminal sentence both direct and collateral and civil rights actions. This A/D status is impeding my ability to communicate with my Lawyer as much as I need to, and research and study the law pertaining to my active case. I am on direct appeal, I recently had oral argument in the 4th Circuit Court of Appeals on May 8th 2025. I do not even have the citation/case # of my appeal to provide to this court, due to my inability to access my legal material (in which I have tried diligently) because of

my A/D placement. I have wrote consistently trying to access my legal material, to no avail. I do not even have my lawyers address to write a letter currently. With that, I am stressed out to the point I've never been before. I have never been confined to 1 space for this long in my life. I recently found out my father "via Letter" that my he had emergency heart surgery, and my mother's not doing to well all the same. I've recently requested to see a psychologist for this first time in my life. At this point I am mentally exhausted. Because of the unconstitutionality/due process violations with respects to my placement in administrative detention, this is cruel and unusual punnishment. I have not been charged with a prohibited act, nor have I been provided proper documentation to justify my detention, with that my ability to preserve a record has been circumvented as well. I have done nothing wrong, therefore I am confident that there is no valid justification (i.e. objective evidence) for my placement. In closing, I humbly move the court to ~~require~~ grant this preliminary injunction request, and order this institution to 1. put me back in general population or 2. order a immediate transfer to another facility. I come to the court as a last resort, in hope's that the court inter-

jects to stop this unconstitutional, arbitrary abuse of power.

Respectfully Submitted,

Eric Johnson
~~EJ~~  #65380-039
me

1. Please excuse for not addressing the court in proper format.

2. I'm doing this Pro Se, in which i've never done so entirely on my own.

3. S.I.S investigators are responsible for my plight/placement in the SHU. These investigations are known to be drugout, 3 to 6 monthes etc., without proper justifications, which can be unconstitutional. Again see

Allah v. Seiverling 229 F.3d 220 (3rd Cir. 2000)...

4. This institution is known for engaging in retaliatory conduct/targeting of inmates whom file formal/informal complaints. I've had some success in doing so, im asserting that that is whats taking place here, hence my 1st amendment rights are being impeded, suppressed/violated.

5. I've been told that S.I.S has my property, via SHU property Lieutenant Fogsbee, and they have not allowed me to access my legal material.

Eric Johnson #65389-037
Federal Correctional
Institution Berlin
P.O. Box 9000
Berlin, N.H. 03570

B.C.
6/14

Warren B. Rudman United States Courthouse
55 Pleasant Street Room 110
Concord, N.H. 03301

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT

**FCI BERLIN**
**P.O. BOX 69 BERLIN, NH 03570**
DATE: __6-11-25__

"The enclosed letter was processed through special mailing procedures for forwarding to you. The letter has neither been opened nor inspected. If the writer raises a question or problem over which this facility has jurisdiction, you may wish to return the material for further information or clarification. If the writer enclosed correspondence for forwarding to another addressee, please return the enclosed to the above address."