```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF NEW HAMPSHIRE
```

Eric Johnson

    v.                                                      Case No. 25-cv-231-SM

FCI Berlin, Warden

### ORDER

After due consideration of the objection filed, I herewith approve the Report and Recommendation of Magistrate Judge Talesha L. Saint-Marc dated August 1, 2025.

**So Ordered.**

                                                                       _____
                                                                        Steven J. McAuliffe
                                                                         United States District Judge

Date: August 21, 2025

cc:   Eric Johnson, pro se