UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE


Eric Johnson

    v.                                   Case No. 25-cv-231-SM

FCI Berlin, Warden


ORDER

No objection having been filed, I herewith approve the Endorsed Report and Recommendation of Magistrate Judge Talesha L. Saint-Marc dated May 28, 2026, for the reasons set forth therein. This case is dismissed without prejudice, for failure to prosecute. "[O]nly those issues fairly raised by the objections to the magistrate's report are subject to review in the district court and those not preserved by such objection are precluded on appeal." Rivera-Aponte v. Gomez Bus Line, Inc., 62 F.4th 1, 10 (1st Cir. 2023) (quoting Sch. Union No. 37 v. United Nat'l Ins. Co., 617 F.3d 554, 564 (1st Cir. 2010)); see also Santos-Santos v. Torres-Centeno, 842 F.3d 163, 168 (1st Cir. 2016) ("[P]arties who fail to file objections to a magistrate judge's report and recommendation lose their right to appellate review.").

The clerk of court shall enter judgment and close the case.

So Ordered.

_Steven J. McAuliffe_
Steven J. McAuliffe
United States District Judge


Date: June 17, 2026

cc:  Eric Johnson, pro se
      Kasey A. Weiland, AUSA